UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In re:  
    Michael J Wesbrock  
    Jamie L Wesbrock  
          Debtor(s)

Case No. 17-20276

**CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT**

    Glenn Stearns, chapter 13 trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C. § 1302(b)(1). The trustee declares as follows:

1) The case was filed on 07/06/2017.

2) The plan was confirmed on NA.

3) The plan was modified by order after confirmation pursuant to 11 U.S.C. § 1329 on NA.

4) The trustee filed action to remedy default by the debtor in performance under the plan on NA.

5) The case was converted on 09/20/2017.

6) Number of months from filing to last payment: 0.

7) Number of months case was pending: 3.

8) Total value of assets abandoned by court order: NA.

9) Total value of assets exempted: $192,071.42.

10) Amount of unsecured claims discharged without payment: $0.00.

11) All checks distributed by the trustee relating to this case have cleared the bank.

**UST Form 101-13-FR-S (9/1/2009)**

**Receipts:**

| | |
|---|---|
| Total paid by or on behalf of the debtor | $0.00 |
| Less amount refunded to debtor | $0.00 |

**NET RECEIPTS:** $0.00

**Expenses of Administration:**

| | |
|---|---|
| Attorney's Fees Paid Through the Plan | $0.00 |
| Court Costs | $0.00 |
| Trustee Expenses & Compensation | $0.00 |
| Other | $0.00 |

**TOTAL EXPENSES OF ADMINISTRATION:** $0.00

Attorney fees paid and disclosed by debtor: $0.00

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| CAVALRY PORTFOLIO SERVICES | Unsecured | 2,735.00 | NA | NA | 0.00 | 0.00 |
| MITSUBISHI MOTORS CREDIT OF AM | Unsecured | 6,043.00 | NA | NA | 0.00 | 0.00 |
| ADVOCATE MEDICAL GROUP | Unsecured | 504.41 | NA | NA | 0.00 | 0.00 |
| AMERICAN MED/PARAMOUNT URGI | Unsecured | 250.00 | NA | NA | 0.00 | 0.00 |
| AD ASTRA RECOVERY/SPEEDY CASI | Unsecured | 5,204.00 | NA | NA | 0.00 | 0.00 |
| ATG CREDIT LLC/EMPACT EMERGEN | Unsecured | 611.00 | NA | NA | 0.00 | 0.00 |
| ATG CREDIT LLC/VALLEY IMAGING | Unsecured | 602.00 | NA | NA | 0.00 | 0.00 |
| ATG CREDIT LLC/WOMENS HEALTH | Unsecured | 265.00 | NA | NA | 0.00 | 0.00 |
| ATG CREDIT LLC/VALLEY IMAGING | Unsecured | 114.00 | NA | NA | 0.00 | 0.00 |
| ATG CREDIT LLC/VALLEY IMAGING | Unsecured | 85.00 | NA | NA | 0.00 | 0.00 |
| ATG CREDIT LLC/EMPACT EMERGEN | Unsecured | 50.00 | NA | NA | 0.00 | 0.00 |
| ATG CREDIT LLC/EMPACT EMERGEN | Unsecured | 48.00 | NA | NA | 0.00 | 0.00 |
| BARCLAYS BANK DELAWARE | Unsecured | 6,061.00 | NA | NA | 0.00 | 0.00 |
| BCA FINANCIAL SERVICES/WALT DI | Unsecured | 290.00 | NA | NA | 0.00 | 0.00 |
| CALVARY PORTFOLIO SERVICES/CIT | Unsecured | 5,153.00 | NA | NA | 0.00 | 0.00 |
| CALVARY PORTFOLIO SERVICES/HS | Unsecured | 412.00 | NA | NA | 0.00 | 0.00 |
| CAPITAL ONE | Unsecured | 1,199.00 | NA | NA | 0.00 | 0.00 |
| CAPITAL ONE | Unsecured | 768.00 | NA | NA | 0.00 | 0.00 |
| CERTIFIED SERVICES INC/CASTLE O | Unsecured | 446.00 | NA | NA | 0.00 | 0.00 |
| CHASE | Unsecured | 896.00 | NA | NA | 0.00 | 0.00 |
| DISCOVER FINANCIAL | Unsecured | 4,253.00 | NA | NA | 0.00 | 0.00 |
| DISCOVER FINANCIAL | Unsecured | 3,547.00 | NA | NA | 0.00 | 0.00 |
| DISCOVER FINANCIAL | Unsecured | 3,246.00 | NA | NA | 0.00 | 0.00 |
| FIRST PREMIER | Unsecured | 437.00 | NA | NA | 0.00 | 0.00 |
| GENEVA FAMILY PRACTICE | Unsecured | 1,996.00 | NA | NA | 0.00 | 0.00 |
| IC SYSTEMS INC/SPRINT | Unsecured | 526.00 | NA | NA | 0.00 | 0.00 |

**UST Form 101-13-FR-S (9/1/2009)**

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| AT&T UVERSE/IC SYSTEMS INC | Unsecured | 344.00 | NA | NA | 0.00 | 0.00 |
| AT&T WIRELINE/IC SYSTEMS INC | Unsecured | 203.00 | NA | NA | 0.00 | 0.00 |
| AT&T WIRELINE/IC SYSTEMS INC | Unsecured | 64.00 | NA | NA | 0.00 | 0.00 |
| JEFFERSON CAPITAL SYSTEMS LLC/ | Unsecured | 2,728.00 | NA | NA | 0.00 | 0.00 |
| JEFFERSON CAPITAL SYSTEMS LLC/ | Unsecured | 1,136.00 | NA | NA | 0.00 | 0.00 |
| KEYNOTE CONSULTING/FEMALE HE | Unsecured | 576.00 | NA | NA | 0.00 | 0.00 |
| KOHLS/CAPITAL ONE | Unsecured | 3,619.00 | NA | NA | 0.00 | 0.00 |
| MAGE & PRICE/WEST SUBURBUN CU | Unsecured | 400.00 | NA | NA | 0.00 | 0.00 |
| MIDLAND FUNDING/GE CAPITAL RE | Unsecured | 1,560.00 | NA | NA | 0.00 | 0.00 |
| VERIZON | Unsecured | 824.00 | NA | NA | 0.00 | 0.00 |
| PORTFOLIO RECOVERY/CITIBANK N | Unsecured | 2,571.00 | NA | NA | 0.00 | 0.00 |
| RUSH COPLEY MEDICAL CENTER | Unsecured | 657.00 | NA | NA | 0.00 | 0.00 |
| STATE COLLECTION SERVICE/DELN( | Unsecured | 1,705.00 | NA | NA | 0.00 | 0.00 |
| STATE COLLECTION SERVICE/DELN( | Unsecured | 1,174.00 | NA | NA | 0.00 | 0.00 |
| STATE COLLECTION SERVICE/TRICI | Unsecured | 107.00 | NA | NA | 0.00 | 0.00 |
| STATE COLLECTION SERVICE/DELN( | Unsecured | 61.00 | NA | NA | 0.00 | 0.00 |
| SYNCHRONY BANK/SAMS | Unsecured | 2,204.00 | NA | NA | 0.00 | 0.00 |
| TNB VISA/TARGET | Unsecured | 5,826.00 | NA | NA | 0.00 | 0.00 |
| SPECIALIZED LOAN SERVICING | Secured | 10,577.70 | NA | NA | 0.00 | 0.00 |
| SPECIALIZED LOAN SERVICING | Secured | 0.00 | NA | NA | 0.00 | 0.00 |
| SPEEDY CASH | Secured | 0.00 | NA | NA | 0.00 | 0.00 |
| WATERFORD PLACE TOWNHOME AS | Secured | 0.00 | NA | NA | 0.00 | 0.00 |
| WATERFORD PLACE TOWNHOME AS | Secured | 4,658.25 | NA | NA | 0.00 | 0.00 |
| WELLS FARGO HOME MORTGAGE | Secured | 23,611.97 | NA | NA | 0.00 | 0.00 |
| WELLS FARGO HOME MORTGAGE | Secured | 0.00 | NA | NA | 0.00 | 0.00 |

**Summary of Disbursements to Creditors:**

|  | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|
| **Secured Payments:** | | | |
| Mortgage Ongoing | $0.00 | $0.00 | $0.00 |
| Mortgage Arrearage | $0.00 | $0.00 | $0.00 |
| Debt Secured by Vehicle | $0.00 | $0.00 | $0.00 |
| All Other Secured | $0.00 | $0.00 | $0.00 |
| **TOTAL SECURED:** | **$0.00** | **$0.00** | **$0.00** |
| **Priority Unsecured Payments:** | | | |
| Domestic Support Arrearage | $0.00 | $0.00 | $0.00 |
| Domestic Support Ongoing | $0.00 | $0.00 | $0.00 |
| All Other Priority | $0.00 | $0.00 | $0.00 |
| **TOTAL PRIORITY:** | **$0.00** | **$0.00** | **$0.00** |
| **GENERAL UNSECURED PAYMENTS:** | **$0.00** | **$0.00** | **$0.00** |

**UST Form 101-13-FR-S (9/1/2009)**

| Disbursements: | |
|---|---|
| Expenses of Administration | $0.00 |
| Disbursements to Creditors | $0.00 |
| **TOTAL DISBURSEMENTS** : | **$0.00** |

    12)  The trustee certifies that the foregoing summary is true and complete and all administrative matters for which the trustee is responsible have been completed. The trustee requests that the trustee be discharged and granted such relief as may be just and proper.

Dated: 09/21/2017        By: /s/ Glenn Stearns
                                      Trustee

**STATEMENT**:  This Unified Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-13-FR-S (9/1/2009)**